# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

IN RE LETTER OF REQUEST      )
FROM GERMANY                 )
IN THE MATTER OF             )  Misc No. 08-7 7
RANDY N. STEGALL            )
                       ORDER

        Upon application of the United States of America; and upon examination of a letter of request from Germany whose authorities are seeking certain testimony and information from individuals which may be found in this District, for use in a judicial proceeding in Germany and the Court being fully informed in the premises, it is hereby

        **ORDERED**, pursuant to Title 28, United States Code, Section 1782, that David L. Hall, Assistant United States Attorney, hereby is appointed as Commissioner of this Court and is hereby directed to execute the letter of request from the German authorities as follows:

        1. to take such steps as are necessary, including issuance of commissioner's subpoenas to be served on persons within the jurisdiction of this Court, to collect the evidence requested;

        2. provide notice with respect to the collection of evidence to those persons identified in the requests as parties to whom notice should be given (and no notice to any other party

FILED
U.S. DISTRICT COURT
DIST. OF DELAWARE
APR -9 AM 11: 48

shall be required);

3. adopt procedures to collect the evidence requested consistent with its use as evidence in a proceeding before a Court in Germany, which procedures may be specified in the request or provided by the German authorities;

4. seek such further orders of this Court as may be necessary to execute this request; and

5. certify and submit the evidence collected to the Office of International Affairs, Civil Division, United States Department of Justice, or as otherwise directed by that office for transmission to the German authorities.

IT IS FURTHER ORDERED that, in collecting the evidence requested, the Commissioner may be accompanied by persons whose presence or participation is authorized by the Commissioner.

Dated:   This _____18_____ day of ___April_____, 2008.

_____
United States District Court Judge